Diane D. Papan, CBN 136928
LAW OFFICE OF DIANE PAPAN
440 Green Hills Drive
Millbrae, CA 94030
Telephone: (650) 952-3885
Facsimile: (650) 875-7743

James D. Curran, CBN 126586
Amy K. Thomas, CBN 202876
WOLKIN • CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for JAMES REILLY CONTRACTING, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT ALVARADO, as Trustee, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JAMES REILLY CONTRACTING, INC., a California corporation,<br><br>Defendant. | Case No. C-05-4186 SC<br><br>STIPULATION FOR EXTENSION OF TIME FOR FILING AND SERVICE OF RESPONSIVE PLEADING<br><br>ORDER |

Plaintiffs and Defendant James Reilly Contracting, Inc. ("Defendant") hereby agree and stipulate that Defendant shall have an additional 10 (ten) days to respond to Plaintiffs' Petition and Complaint in this matter. Defendant's responsive pleading is now due for filing and service no later than December 8, 2005.

Dated: 11/29/05          By: _____
                              Kristina L. Hillman
                              Joye Blanscett

                         WEINBERG, ROGER & ROSENFELD
                         Attorneys for Plaintiffs

1.

STIPULATION FOR EXTENSION OF TIME                                CASE NO C-05-4186 SC
FOR FILING AND SERVICE OF DEFENDANT'S RESPONSE

| | | |
|---|---|---|
| 1 | Dated: Nov. 28, 2005 | By: _S. K. Thom_____ |
| 2 | | Diane D. Papan |
| 3 | | LAW OFFICE OF DIANE PAPAN |
| 4 | | Amy K. Thomas |
| | | WOLKIN CURRAN, LLP |
| 5 | | Attorneys for Defendant |

**IT IS SO ORDERED**

_Samuel Conti_
Judge Samuel Conti

11/30/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2.

| STIPULATION FOR EXTENSION OF TIME FOR FILING AND SERVICE OF DEFENDANT'S RESPONSE | CASE NO. C-05-4186 SC |
|---|---|