1   BARRY E. HINKLE, Bar No. 071223
     KRISTINA L. HILLMAN, Bar No. 208599
2   WEINBERG, ROGER & ROSENFELD
     A Professional Corporation
3   1001 Marina Village Parkway, Suite 200
     Alameda, California 94501-1091
4   Telephone (510) 337-1001
     Fax (510) 337-1023
5

6   Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11   ROBERT ALVARADO, in his capacity as   ) No.    05-04186 SC
     Trustee of the CARPENTERS HEALTH AND  )
12   WELFARE TRUST FUND FOR CALIFORNIA; )
     CARPENTERS VACATION-HOLIDAY TRUST )
13   FUND FOR NORTHERN CALIFORNIA;     )
     CARPENTERS PENSION TRUST FUND FOR  )
14   NORTHERN CALIFORNIA; CARPENTERS   )
     ANNUITY TRUST FUND FOR NORTHERN   ) **AMENDED STIPULATED**
15   CALIFORNIA; and CARPENTERS TRAINING  ) **DISMISSAL AND ORDER**
     TRUST FUND FOR NORTHERN         )
16   CALIFORNIA, and NORTHERN CALIFORNIA )
     CARPENTERS REGIONAL COUNCIL     )
17                        )
             Plaintiffs,         )
18                        )
          v.                 )
19                        )
     JAMES REILLY CONTRACTING, INC., A   )
20   California Corporation,          )
                       )
21             Defendant.       )
                       )
22   _____ )
                       )
23   JAMES REILLY CONTRACTING, INC.,    )
                       )
24            Cross-Claimant,    )
                       )
25           v.                 )
                       )
26   K & C DRYWALL, INC., a California    )
     Corporation,             )
27                        )
           Cross-Defendant.    )
28   _____ )

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

AMENDED STIPULATED DISMISSAL AND ORDER
Case No. 05-04186 SC

1     Pursuant to Rule of Civil Procedure 41(a)(1), the Plaintiffs Robert Alvarado, in his capacity

2  as Trustee of the Carpenters Health and Welfare Trust Fund for California; Carpenters Vacation-

3  Holiday Trust Fund for Northern California; Carpenters Pension Trust Fund for Northern

4  California; Carpenters Annuity Trust Fund for Northern California; and Carpenters Training Trust

5  Fund for Northern California, and Northern California Carpenters Regional Council and Defendant

6  James Reilly Contracting, Inc. hereby stipulate to the dismissal with prejudice of the above action

7  against Defendant James Reilly Contracting, Inc., who has appeared in this action.

8     Cross-Claimant James Reilly Contracting, Inc. voluntarily dismisses its Cross-Complaint

9  against Cross-Defendant K & C Drywall, Inc. *without* prejudice.  Said voluntary dismissal is

10  appropriate, as Cross-Defendant K & C Drywall, Inc. has not filed an answer or summary

11  judgment in this matter.

12

13  Dated: July 6, 2006

14                                        WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation
15

16                                        By:  /s/_____
                                               KRISTINA L. HILLMAN
17                                             Attorneys for Plaintiffs

18  Dated: July 6, 2006

19                                        LAW OFFICES OF DIANE PAPAN

20

21                                        By:  /s/_____
                                               DIANE D. PAPAN
22                                             Attorneys for Defendant

23                                        **ORDER**

24     IT IS SO ORDERED.

25  Dated:  July 6, 2006

26                                        _____
                                          HONORA...
27                                        JUDGE OF...

28  111282/426675

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

AMENDED STIPULATED DISMISSAL AND ORDER
Case No. 05-04186 SC

1

## PROOF OF SERVICE

2        I am a citizen of the United States, and a resident of the State of California.  I am over the

3    age of eighteen years, and not a party to the within action.  My business address is 1001 Marina

4    Village Parkway, Suite 200, Alameda, California 94501-1091.  On July 6, 2006, I served upon the

5    following parties in this action:

6

    James D. Curran                         Diane D. Papan

7        Amy K. Thomas                       Law Office of Diane Papan
    Wolkin Curran, LLP                440 Green Hills Dr

8        555 Montgomery Street, Suite 1100    Millbrae, CA 94030
    San Francisco, CA  94111

9
    (650) 875-7743

    (415) 982-4328

10   copies of the document(s) described as:

11                     **AMENDED STIPULATED DISMISSAL AND ORDER**

12

13   [ ]    **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope,
       addressed as indicated herein, and caused each such envelope, with postage thereon fully

14          prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar
       with the practice of Weinberg, Roger & Rosenfeld for collection and processing of

15          correspondence for mailing, said practice being that in the ordinary course of business, mail
       is deposited in the United States Postal Service the same day as it is placed for collection.

16   [ ]    **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a
       sealed envelope, addressed as indicated herein, and caused the same to be delivered by

17          hand to the offices of each addressee.

18   [x]    **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax
       number(s) listed above or on the attached service list.

19

20       I certify that the above is true and correct.  Executed at Alameda, California, on July 6,

    2006.

21

22                      /s/_____
                   Linda Dobbins

111282/419617

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

AMENDED STIPULATED DISMISSAL AND ORDER
Case No. 05-04186 SC